# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0008. TIQUA KINDELL v. RICHARD JONES, JUDGE et al.**

Upon consideration of the Petition for Writ of Mandamus and the Motion for Supersedeas Bond and Emergency Stay filed in the above-referenced case, those motions are hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  07/25/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*